# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Brian Arnold, Kirk Raymond, and James West,<br><br>Plaintiff(s),<br><br>v.<br><br>LME, Inc., and Roger D. Wilsey, Sr., Shari K. Wilsey,<br><br>Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number:   20-cv-2082 JRT/ECW |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendants' Motion for Summary Judgment Docket No. [76] is **GRANTED**.

Date: 1/12/2023                                                                                            KATE M. FOGARTY, CLERK